United States District Court
Southern District of Texas
**ENTERED**
April 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SEAN WHITE, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-502 |
| § | |
| PARK HOTELS & RESORTS INC. § | |
| HG HOTEL PROPERTY LLC, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**SIGNED** on this __7th__ day of April, 2021, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**